UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

John Doe,

    Plaintiff

v.

Nevada Republican Party, et al.,

    Defendants

Case No.: 2:24-cv-00412-JAD-EJY

**Order Granting Plaintiff's Motion to Terminate Case**

[ECF No. 9]

    A pro se plaintiff who identifies himself as John Doe brought this action against the Nevada Republican Party and its officers for the manner in which this year's presidential caucus was handled.[1]  He moved to seal this case and proceed anonymously, citing mainstream media's reports of "credible threats to Republicans in high levels of power and distinction whose actions do not fall in line with the current tide of the Republican party."[2]  I denied those requests, finding that Doe did not meet his burden to show that his "need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity."[3]  But, acknowledging his trepidation over pursuing this case with his name attached, I gave him 14 days to file a notice of voluntary dismissal if he did not wish to publicly proceed with this case.[4]

    On May 1, 2024, Doe filed a "motion to terminate the case," asserting that he "does not wish to live under the cloud of anxiety that could easily accompany this lawsuit" and that, "at the insistence of his spouse," he terminates the case.[5]  I construe this motion as a notice of voluntary

---

[1] ECF No. 1.

[2] ECF No. 2.

[3] ECF No. 8 at 2.

[4] *Id.* at 5.

[5] ECF No. 9.

dismissal under Federal Rule of Civil Procedure 41.  Technically, because the opposing party in this case has not served an answer or any other pleading, Doe could have dismissed this case without seeking a court order.[6]  But in the interests of clarity and finality, I grant Doe's motion and close this case.

## Conclusion

IT IS THEREFORE ORDERED that John Doe's motion to terminate this case **[ECF No. 9] is GRANTED**.  **This case is DISMISSED**.  **The Clerk of Court is directed to CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
May 8, 2024

---

[6] Fed. R. Civ. P. 41(a)(1)(A)(i).